UNITED STATES DISTRICT COURT

STATE OF MAINE-BANGOR

PAUL CAMARAO,

Plaintiff,

V.

Commissioner of Labor and Workforce Development NEW JERSEY

Defendant

**<u>Complaint</u>**

Maine is proper venue and has jurisdiction over this case as Paul Camarao, Pro Se was living in Maine from July 2020 until December 2020, for 6 months, in Aristook county, Houlton Maine on 57 Pleasant ST, which I had my Drivers License to that address, was harassed and threatened by your Homeland Security Agent's son while living there – telling me the CIA was going to kill me, that Judges were going to fuck me in the ass, that I was an idiot, that I was never going to see my kids again, well he was right because its been over 5 years and he was fucken right that little fucken shitball piece of shit low life.

I was placed in federal prison for 6 months and injected with medication saying that I was schizophrenic for 2 years and kept from my children because your low life homeland security agent James Harvey told the courts that I saw trails on the walls, when I simply asked someone how the blue tint on their glasses worked for them because after 10 hours on a trade desk and on computers my eyes would hurt and I would not be able to see well......  And that I said the girls in his bar had bird eyes???? Like seriously???? You people are all fucken disgusting human beings. I said the girls used their mascara and made it look like bird eyes.... You fucken low life James Harvey. I hope they kill your fucken entire family for what you have done to me and my children, I hope all of you get the death penalty for conspiracy to withhold rights for what you did to me and my children and you all get the lethal injection.

But the fact remains, I was in Maine, living at 57 pleasant street Houlton Maine during the time my unemployment is in question, have attempted to file in multiple courts to seek injunctions I guess to make the state of new jersey be forced to calculate my and my mothers unemployment and federal stimuils money that was withheld from us, due to corruption, we have tried every single way to contact them, I have a long list of emails back and forth that I can show, and when they see that they are wrong and that they owe me and my mother money they refuse to respond after that.

Since emailing every senator in the USA and every congressman telling them that this has been a conspiracy since 2018 when my children's mother attempted to kidnap my children to Brazil and since then I have had countless constitutional rights withheld on purpose in a conspiracy through police, lawyers, judges, public defenders, and most recently after filing in Texas federal court requesting relief I was assaulted 12 hours after that filing, beaten to death, blinded in my left eye, LET ME BE CLEAR BECAUSE JUDGES ARE HAVING TROUBLE UNDERSTANDING MY FILINGS- I AM FUCKEN BLIND IN MY LEFT EYE SINCE JUNE 2, 2025. 12 HOURS AFTER FILING IN TEXAS, I WAS BEATEN ALMOST TO DEATH AND AM PERMANANTLY BLIND.

UNDER TITLE 18 SECTION 241-242 IT CLEARLY STATES THAT ANYONE THAT CONSPIRES TO WITHHOLD SOMEONES RIGHTS AND ATTEMPTS TO RAPE OR MURDER THAT PERSON THE CRIME DOES NOT HAVE ANY STATUE OF LIMITATIONS AND THE DEATH PENATLY CAN BE PURSUED. NOW SINCE YOUR ALL FUCKEN LOW LIFE SCUMBAG PIECES OF SHIT AND DON'T GIVE A FUCK ABOUT ANYTHING BUT YOURSELFS I KNOW THIS IS NEVER GOING TO HAPPEN.

I Paul Camarao, Pro-Se, I Aiesa Camarao, Pro-Se have a serious allegation of not only unpaid wages from the Comission of Labor and Workforce Development from the State of New Jersey for unpaid wages for Paul Camarao after telling Judge Gregory Acquaviva from Monmouth County Superior court to "suck my dick", which he had the State of New Jersey suspend my unemployment benefits from October 2020 until January 2021, but also suspending and not paying benefits to Aiesa Camarao from November 2020 until September 2021. We were never denied benefits, we were never sent any letters, our payments were just suspended and not paid. We continued to certify for weekly benefits,

but were never paid these benefits. This is even more egregious as there were federal stimulus monies attached to these unemployment benefits. In addition to attempting every single administrative remedy, calling New Jersey Legal Society, Speaking with the volunteer lawyer, writing letters to the commissioner of labor and workforce development, sending letters to councilmen, and emailing directly with the department of workforce and development, we have exhausted all administrative remedies and would like to file our case before the 6 year statue of limitations expires.

We would also like to express that these actions by the State of New Jersey are against 18 U.S. Code § 241 (Conspiracy against rights) , not only for these bad actors actions but because there were federal benefits attached to this. We have all documentation that will be submitted during a jury trial, but would like this complaint filed and processed so we are able to get out of poverty. To our calculations, Aiesa is owed over 35,000 dollars Paul is owed over 15,000 dollars, plus interest, penalties and other remedies that the Jury deems proper which should amount to 150,000 dollars.


Or if your judge in Maine is not a fucken low life scumbag piece of shit like the rest of you fucken low lifes in the USA, he would do maybe an injuction forcing the state of new jersey to calculate what they owe me and my mother and stop fucken wasting everyones fucken time. Maybe that would be the best way. Maybe a fucken injunction that says that you broke the law in New Jersey when you fucken Terminated my Parental rights without fucken notice, without providing me with a fucken public defender since I was fucken desititute you fucken low life scumbags, that Under the State Of New Jerseys constitution it clearly fucken says you have to give notice and provide counsel if the person cannot fucken afford counsel you fucken low life pieces of shit.


This is why I will never fucken step foot in your country again. This is why if any of you fucken low lifes come near me again in any country I will fucken kill you in self defense because every fucken time an American comes near me it is to try to rape or kill me. Stay the fuck away from me. I fucken hate every single one of you low life mother fuckers and I

fucken hope all of you get charged with conspiracy to withhold rights and you all get the fucken death penalty.

Thank you for your time.

Best Regards,

Paul Camarao

/s/ Paul Camarao

9.22.2025

PaulCamaraoz28@gmail.com

3231 Ridge Hill Road Unit C

Boynton Beach Florida 33435

406-4010-4110