UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| PAUL CAMARAO, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 1:25-cv-00482-LEW |
| | ) | |
| COMMISSIONER OF LABOR AND WORKFORCE DEVELOPMENT NEW JERSEY, | ) ) ) | |
| | ) | |
| Defendant | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION**

On October 6, 2025, United States Magistrate Judge John C. Nivison filed with the court, with a copy to the Plaintiff, his Recommended Decision (ECF No. 9) on Plaintiff's pro se Complaint (ECF No. 1). The time within which to file an objection expired on October 20, 2025, and no objection was filed. The Magistrate Judge notified the Plaintiff that failure to object would waive his right to *de novo* review and appeal.

It is therefore ORDERED that the Recommended Decision (ECF No. 9) of the Magistrate Judge is hereby AFFIRMED and ADOPTED and the case is DISMISSED.

**SO ORDERED.**

Dated this 7th day of November, 2025.

/s/ Lance E. Walker
**CHIEF U.S. DISTRICT JUDGE**